IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BELYNDA FAYE GOFF**                                                         **PLAINTIFF**
ADC #705617A

V.                      NO: 4:16-CV-00807 SWW

**ARCHIE L. ROUSEY,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The State Defendants' Motion to Dismiss (Doc. No. 19) is GRANTED.

2. The Carroll County Defendants' Motion to Dismiss (Doc. No. 23) is GRANTED.

3. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.[1]

DATED this 27th day of September, 2017.

                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE

---

[1] The Carroll County defendants' motion [doc.#45] to strike plaintiff's objections to the Magistrate's recommendation is denied.