IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BELYNDA FAYE GOFF**  **PLAINTIFF**
**ADC #705617A**

**V.**  **NO: 4:16-CV-00807 SWW**

**ARCHIE L. ROUSEY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 27th day of September, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE